x7118
12/15/2017

FILED
DEC 15 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Sandra MACIAS,

Defendant.

Case No.: 17MJ4781

COMPLAINT FOR VIOLATION OF

Title 21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

On or about December 14, 2017, within the Southern District of California, defendant, Sandra MACIAS, did knowingly and intentionally import 500 grams and more, to wit: approximately 8.68 kilograms (19.13 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent James Marshall
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 15th, DAY OF DECEMBER 2017.

U.S. MAGISTRATE JUDGE

**ANDREW G. SCHOPLER**

12/14

United States of America
vs.
Sandra MACIAS

PROBABLE CAUSE STATEMENT

I, Special Agent James Marshall, declare under penalty of perjury, the following is true and correct:

On or about December 14, 2017, at approximately 1:20 p.m., defendant Sandra MACIAS, a Lawful Permanent Resident (LAPR), attempted entry into the United States from Mexico through the Otay Mesa, California, Port of Entry in primary vehicle lane #7. MACIAS was the driver, sole occupant and registered owner of a 2004 Chevy Venture ("the vehicle").

A Customs and Border Protection (CBPO) Canine Enforcement officer (CEO) along with his assigned Narcotics/Human Detector Dog (NHDD) were working pre- primary inspection at the Otay Mesa Port of Entry. The NHDD alerted to a trained odor emanating from the passenger side door. MACIAS presented a valid I-551 and a California driver's license. MACIAS made two negative customs declarations and stated she was traveling to Los Angles, California. The CBPO referred the vehicle to the secondary inspection area for a more intensive inspection.

A CBPO working the Z-portal screened the vehicle and observed anomalies in both rear doors of the vehicle.

A CBPO conducted a secondary inspection of the vehicle. During the secondary inspection, the CBPO discovered a total of 15 packages from the Driver and passenger Sliding rear doors. The CBPO probed one of the packages which contained a white crystalline substance that field-tested positive for the properties of methamphetamine.

The combined weight of the 15 packages of methamphetamine was approximately 8.68 kilograms (19.13 pounds).

During a post Miranda statement MACIAS stated her boyfriend is involved in narcotics smuggling. MACIAS stated today her boyfriend instructed her to take the vehicle to a specific parking lot and leave the keys with the parking lot attendant and not return for at least three hours. MACIAS stated approximately three weeks ago her boyfriend was paid $1400 USD for her to drive the vehicle into the United States and give it to an unidentified associate at a gas station in Los Angeles, California.

MACIAS was arrested and charged with violation of Title 21, United States Code, 952 and 960, Importation of a Controlled Substance.